

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
| L.D.W. | | No. 08-13-00170-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 109th District Court |
| | § | |
| TEXAS DEPARTMENT OF FAMILY | | of Andrews County, Texas |
| AND PROTECTIVE SERVICES, | § | |
| | | (TC # 18812) |
| Appellee. | § | |

## MEMORANDUM OPINION

This appeal is before the Court to determine whether it should be dismissed as moot. L.D.W. filed a notice of appeal from an associate judge's ruling that L.D.W.'s parental rights would be terminated. The associate judge subsequently reconsidered its prior ruling and determined that the evidence was insufficient to prove any termination ground against L.D.W. Accordingly, the appeal taken by L.D.W. from the termination ruling is moot. A case becomes moot when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome. *See Murphy v. Hunt*, 455 U.S. 478, 481, 102 S.Ct. 1181, 1183, 71 L.Ed.2d 353 (1982). We notified the parties of our intent to dismiss the appeal and have received no responses. Accordingly, we dismiss the appeal. TEX.R.APP.P. 43.2(f).

August 14, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.